**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY GOODKIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:10-cv-01223-RCJ-LRL |
| vs. ) | |
| ) | |
| PHILLIPS, HARPER & HARPER, LLC, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

This is case arises out of unfair debt collection practices. During the course of litigation, and while two dispositive motions were pending, the majority interest holder and managing member of the Defendant law firm passed away. Approximately six weeks ago, the Court vacated a hearing set for two dispositive motions in anticipation of a settlement, but there has been no activity in the docket since.

**CONCLUSION**

IT IS HEREBY ORDERED that all pending motions are DENIED without prejudice.

IT IS FURTHER ORDERED that the parties shall file a joint status report no later than September 16, 2011.

IT IS SO ORDERED.

Dated this 2nd day of September, 2011.

_____
ROBERT C. JONES
United States District Judge